## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC.

                              Plaintiff,

v.                                               Case No.: 1:14–cv–10391
                                                   Honorable John W. Darrah

Does 1–21

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2015:

      MINUTE entry before the Honorable John W. Darrah: Plaintiff having filed a NOTICE of Voluntary Dismissal, Doe Defendants Nos. 5, 9, 7, 11, 14, 16 and 20 are dismissed from this action. Case will proceed as to the remaining defendants. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.