**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC.
                          Plaintiff,

v.                                               Case No.: 1:14−cv−10391
                                              Honorable John W. Darrah

Does 1−21
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2015:

        MINUTE entry before the Honorable John W. Darrah: A NOTICE of Voluntary Dismissal by Dallas Buyers Club, LLC. Without Prejudice of All Remaining Doe Defendants having been filed, this case is hereby closed. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.